THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
Carolina Travel Consultants, Inc. and Ray V. Damani, 
 d/b/a Carolina Travel Consultants,       
Appellants,
 
 
 

v.

 
 
 
Milliken & Company,           
Respondent.
 
 
 

Appeal From Spartanburg County
Wyatt T. Saunders, Jr., Circuit Court 
 Judge

 Unpublished Opinion No.
2003-UP-125
Submitted January 15, 2003 - Filed February 18, 2003

AFFIRMED

 
 
 
Michael B.T. Wilkes, Edward R. Cole and D. Alan 
 Lazenby, of Spartanburg, for appellants.
Henry L. Parr, Jr. and Troy A. Tessier, both of  
 Greenville, for respondent. 
 
 
 

PER CURIAM:  Carolina Travel Consultants, 
 Inc. and Ray Damani, president and sole shareholder, appeal the grant of summary 
 judgment to Milliken & Company on causes of action for breach of contract 
 and covenant of good faith, promissory estoppel, breach of contract accompanied 
 by a fraudulent act, and intentional interference with a prospective contractual 
 relationship.  
After considering the oral arguments of counsel, 
 reviewing the entire record on appeal, and applying settled principles of law, 
 we find the trial court properly considered the evidence and correctly granted 
 summary judgment on all claims.  We therefore adopt the trial court=s written 
 order and affirm.  
AFFIRMED.  
GOOLSBY, HUFF, and SHULER, JJ., concur.